[No. 58472-3-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. NANCY WALTON DRAHOLD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-00168-5, Thomas J. Wynne, J., entered June 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58474-0-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN R. IBARRA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-07702-2, Jay V. White, J., entered June 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58492-8-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LAVELL SLY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-13333-0, James D. Cayce, J., entered June 19, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58500-2-I.   Division One.   July 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR T. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01244-1, Laura C. Inveen, J., entered June 12, 2006. *Affirmed* by unpublished per curiam opinion.